AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | | |
|---|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   CV-20-059-BLG-SPW-TJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
100 Watchtower Drive
Patterson, New York NY  12563-2232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meyer, Shaffer & Stepans PLLP
430 Ryman Street
Missoula, MT  59803
PH: 406-543-6929
FX: 406-721-1799

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   5/1/2020   _____          _____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

----------------------------------------------------------------------------X

ARIANE ROWLAND and JAMIE SCHULZE,

                                        Plaintiff(s),                              Case No. CV-20-059-BLG-SPW-TJC

        -against-


WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. and          **AFFIDAVIT OF SERVICE**
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,
                                        Defendant(s)
----------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:


        Keith Hawthorne, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **May 7, 2020** at **2:00 pm** at **100 Watchtower Drive, Patterson, NY 12563** deponent served the within:

| X  SUMMONS IN A CIVIL ACTION | X COMPLAINT AND JURY DEMAND | X  EXHIBITS | ☐ |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

on **WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.**, defendant.

☐ Individual: By delivering a true copy of same to respondent/defendant/witness personally; and deponent knew the person so served to be the person described as said respondent/defendant/witness.

☐ Suitable Age Person: By delivering at the above address a true copy of same to _____ a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or ☐ dwelling house or ☐ usual place of abode, within this state, ☐ and by

X Corporation: A domestic corporation, by delivering thereat a true copy of same to Jared Brannon personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be Clerk thereof.

☐ Mailing: Deponent also enclosed a true copy of same in a post-paid sealed envelope properly addressed to the above named at the above addresses by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within 24 hours.

Description: The person served is described as follows:

| X Male | X White Skin | X Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | X 21-35 Yrs | X 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | ☐ 36 -50 Yrs. | ☐ 5'9"-6' | X 131-160 Lbs. |
| | ☐ Yellow Skin | ☐ Grey Hair | ☐ 51-65 Yrs. | ☐ Over 6' | ☐ 161- 200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | |

X Other Identifying Features: Person served verbally acknowledged he was authorized to accept service on the defendant's behalf.
X Index Number/Date of Filing Endorsement _____
☐ Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

Sworn to before me this
8th day of May, 2020

_____
Notary Public

THOMAS M. OLEARY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OL6174337
Qualified in Putnam County
My Commission Expires 09-17-2023

_____
Keith Hawthorne - Putnam Process Servers - Mahopac, NY
**We Serve NY, LLC Job Number:**