IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV 20-59-BLG-SPW-TJC<br><br><br>ORDER |

The parties in the in the above-captioned matter have filed a Joint Notice of Related Case (Doc. 12) indicating that the above-captioned matter shares similarities with Case No. CV-20-52-BLG-SPW. Counsel for the parties believe the same result should be reached in both motions that have been filed in both cases. Therefore,

**IT IS HEREBY ORDERED** that the above-captioned case shall be reassigned to Judge Susan P. Watters.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this __1st__ day of July, 2020.

                                          */s/ Susan P. Watters*
                                        SUSAN P. WATTERS
                                        United States District Judge