IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants. | CV 20-59-BLG-SPW <br><br> ORDER |

Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania move for the admission of Joel M. Taylor to practice before the Court in the above captioned matter with Guy W. Rogers of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiffs do not object.

IT IS SO ORDERED that Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania's motion to admit Joel M. Taylor to appear *pro hac vice* (Doc. 25) is GRANTED and he is authorized to appear as counsel with Guy W. Rogers pursuant to L.R. 83.1(d) in the above captioned matter.

1

DATED this 15th day of September, 2020.

                                                SUSAN P. WATTERS
                                                United States District Judge