IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND and JAMIE SCHULZE,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV 20-59-BLG-SPW<br><br>**ORDER GRANTING HARDIN CONGREGATION'S MOTION TO PERMISSIVELY INTERVENE PURSUANT TO RULE 24(b), F.R.CIV.P.** |

The Hardin Congregation, a non-party in the present matter, filed a Motion to Permissively Intervene under F.R.Civ.P. 24(b) for the exclusive purpose of responding to Plaintiff's Motion to Compel Re: Hardin Congregation Subpoena. (Doc. 53). The Motion is unopposed. Therefore, the Court finds that the Hardin Congregation's Motion satisfies the requirements of F.R.Civ.P. 24(b) and, for good cause appearing,

IT IS HEREBY ORDERED that the Hardin Congregation's Unopposed Motion to Intervene (Doc. 53) is **GRANTED**.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 5th day of May, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge