# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA<br><br>Defendants. | Cause No. CV-20-59-BLG-SPW<br><br>**ORDER** |

Upon Defendants Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion For *Pro Hac Vice* Counsel To Appear Remotely At Oral Argument set for June 23, 2021, at 9:30 a.m. (Doc. 66), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc.'s Motion is **GRANTED**.

*Pro hac vice* counsel may appear telephonically by following these steps:

1. Dial **1-877-336-1828**
2. Enter Access Code: **5803070 #**
3. Press #
4. Speak your name at the tone

The Clerk is directed to notify counsel of the entry of this Order.

DATED this 21st day of June, 2021.

SUSAN P. WATTERS
United States District Judge