Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT  59103-0849
Tel: (406) 248-2611
Fax: (406) 248-3128
grogers@brownfirm.com
jwilson@brownfirm.com
bjensen@brownfirm.com

*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE<br><br>Plaintiff,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-59-BLG-SPW<br><br>**STIPULATION REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Plaintiffs and Defendants, by and through their respective counsel, stipulate as follows:

1. Plaintiffs may file their proposed Second Amended Complaint (attached hereto as **Exhibit A**);

2. Plaintiffs Second Amended Complaint removes references to a non-party individual and changes no other allegations made in Plaintiffs' First Amended Complaint; and

3. Defendant Watchtower Bible and Tract Society of New York, Inc.'s Answer to Plaintiffs' First Amended Complaint (Doc. 17), and Defendant Watch Tower Bible and Tract Society of Pennsylvania's Motion to Dismiss and related briefing (Doc. 9, 10, 18) shall be deemed responsive and effective as to the allegations set forth in Plaintiffs' Second Amended Complaint and there is no need for Defendants to file an additional responsive pleading.

DATED this 14th day of October, 2021.

By: /s/ Ryan Shaffer  
Ryan R. Shaffer  
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiff*

By: /s/ Jon A. Wilson  
Jon A. Wilson  
BROWN LAW FIRM, P.C.

*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

/s/ Ryan Shaffer