Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE  <br><br>　　　　　Plaintiff,  <br><br>vs.  <br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,  <br><br>　　　　　Defendants. | Cause No. CV 20-59-BLG-SPW  <br><br>**PLAINTIFFS' MOTION FOR SANCTIONS** |

Plaintiffs, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1927 and the Court's inherent authority to sanction lawyers who abuse the judicial process, hereby move for sanctions to be imposed on Defendant Watch Tower

Bible & Tract Society of Pennsylvania's attorneys, Philip Brumley, Esq., and Joel Taylor, for knowingly:

- Making and perpetuating false statements with the hope that they would be relied on by the Court to dismiss Plaintiffs' case; and
- Unreasonably and vexatiously multiplying these proceedings for the purpose of obstructing Plaintiffs' claims.

A supporting brief is being filed contemporaneously herewith.

Counsel for Defendants were contacted regarding this Motion and stated that they oppose it.

DATED 3rd day of December, 2021.

        MEYER, SHAFFER & STEPANS PLLP

        By: /s/ Ryan Shaffer
            Ryan R. Shaffer
            MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*

*Rowland & Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 3

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*