*Exhibit 2*

```
                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MONTANA
                        BILLINGS DIVISION
    ─────────────────────────────────────────────────────────

     TRACY CAEKAERT, and          Case No.
     CAMILLIA MAPLEY,             CV-20-52-BLG-SPW

             Plaintiffs,

        vs.

     WATCHTOWER BIBLE AND
     TRACT SOCIETY OF
     NEW YORK, INC.,
     WATCH TOWER BIBLE AND
     TRACT SOCIETY OF
     PENNSYLVANIA, and BRUCE
     MAPLEY, SR.,                 VIDEOTAPED DEPOSITION
                                  UPON ORAL EXAMINATION
             Defendants.          OF JAMES ROWLAND

     WATCHTOWER BIBLE AND
     TRACT SOCIETY OF
     NEW YORK, INC.,

             Cross Claimant,

     BRUCE MAPLEY, SR.,

             Cross Defendant.


     ARIANE ROWLAND, and          Cause No.
     JAMIE SCHULZE,               CV 20-59-BLG-SPW

             Plaintiffs,

        vs.

     WATCHTOWER BIBLE AND
     TRACT SOCIETY OF
     NEW YORK, INC., and
     WATCH TOWER BIBLE AND
     TRACT SOCIETY OF
     PENNSYLVANIA,

             Defendants.
    ─────────────────────────────────────────────────────────
```

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

**James Rowland**

1    A.    No.   There was about 40 elders in the

2  group, some new ones, some old ones.   And I can't

3  even remember who the instructor was.   He might

4  have been from New York.

5    Q.    Okay.   Someone you hadn't seen before.

6    A.    Yeah, he was just here to teach that class

7  and then go back to New York or whatever.

8    Q.    And in addition to the Bible, were they

9  using other books as part of your training?

10    A.    Yeah.   Yeah, with the -- like, the

11  teaching book, you know, like, one of the

12  publications is to become a better teacher, you

13  know, and --

14    Q.    Let me show you a document.   This is

15  called "Kingdom Ministry School Course."

16    A.    Yeah.

17    Q.    And it's Bates WTPA 1 is the first page of

18  this document.   It's the document that was given to

19  us by WTPA, the Pennsylvania corporation.

20    A.    Yeah.

21    Q.    And you'll see there -- can you read that

22  okay?

23    A.    Yeah.

24    Q.    It's dated October 1972?

25    A.    Uh-huh.   Yeah, that's the thing that --

67

**James Rowland**

1    that's the publication that was used.

2         Q.   For the training as an elder?

3         A.   Yeah.

4         Q.   Can I go back to that cover page for a

5    second?  So "Watch Tower Bible and Tract Society of

6    Pennsylvania, 1972," does that look like the

7    document that maybe you saw when you were being

8    trained in 1975?

9         A.   Yeah.  Yeah, it's a book about like this

10   (indicating).  It's a red -- it's -- what do they

11   call them now?  A real deep red, burgundy almost.

12        Q.   And you were using your hands to describe

13   a very big book, thick?

14        A.   About like that.

15        Q.   Yeah.

16        A.   And that was the Kingdom Ministry School.

17        Q.   How much time did you spend at that

18   training in Billings?  Do you remember?

19        A.   I think it was a month.  It might have

20   been -- it might have been two weeks.  But it was a

21   number of days involved.

22        Q.   Okay.  So fairly extensive, then.

23        A.   Yeah.

24        Q.   And did you stay in Billings or did you

25   drive back and forth?

                                                    68

**James Rowland**

```
1        A.    I had to stay in Billings.

2        Q.    And did they pay for that for you?

3        A.    No.

4        Q.    You had to pay for it on your own?

5        A.    Yeah.

6        Q.    Okay.  Let's maybe mark -- can we mark

7    this and keep it in the binder as No. 2?

8              (Deposition Exhibit No. 2 was marked for

9    identification.)

10   BY MR. SHAFFER:

11       Q.    We'll come back to that document later,

12   all right?

13       A.    Okay.

14       Q.    Did the other elders from the Hardin

15   Congregation come with you for that training in

16   1975, or --

17       A.    No.  They had been through that I guess

18   the year before.  And being that I was new at the

19   job, so to speak, they invest the time and effort

20   into this so you're a better teacher and a better

21   overseer.

22       Q.    When you say that, you mean the people

23   from New York who are doing the training in

24   Billings?

25       A.    Yeah.
```

69

**James Rowland**

1    Q.   Okay.  And do you recall, were there other

2  books besides this Kingdom Ministry School Course

3  book that they used to help train you?  Were

4  there --

5    A.   Well, they used the Bible, of course, all

6  the time.  But I think there was enough in there to

7  keep you busy.  And that's why, you know, I refer

8  to that, and I still remember it.

9    Q.   Yeah.  And so describe to me what your

10  days were like in Billings during that training.

11    A.   It was just a training, period, and not

12  much of anything else.

13    Q.   Was everybody in the same room?

14    A.   Yeah.  It was in one of the Kingdom Halls.

15  I can't remember.

16    Q.   And is there someone at the front of the

17  room talking to everybody else?

18    A.   Yeah, uh-huh.  Yeah.  Lecture series, you

19  know, lecture style.

20    Q.   And everybody's got their own copy of the

21  book?

22    A.   Uh-huh.

23    Q.   This Kingdom Ministry School Course book?

24    A.   Yeah, plus their own notebook.

25    Q.   And are you just going through it, working

70

**James Rowland**

 1  your way through it day by day?

 2      A.   Yeah.  And there was, you know, like a lot

 3  of questions on it, and --

 4      Q.   So you just raise your hand if you have a

 5  question?

 6      A.   Yeah.  And it was a fairly good teaching

 7  event, learning.

 8      Q.   Okay.  Was it helpful to you in helping --

 9      A.   It was, yeah.

10      Q.   And tell me how.  Tell me how it helped

11  you.

12      A.   Well, you know, you have questions as to,

13  you know, the responsibility you have in talking to

14  people, and what happens if you're rejected or

15  physically assaulted or whatever, you know, how to

16  handle situations like that, and just all kinds of

17  stuff that helped you as a minister, I guess.

18      Q.   And so as an example, right, if someone

19  came to you as an elder and said, "Yeah, I was

20  physically assaulted," right, "Somebody punched me

21  in the face.  Mr. Rowland, Brother Rowland,

22  so-and-so punched me in the face.  What do I do,"

23  would your training in Billings and your reference

24  of this Kingdom Ministry School Course, would that

25  have helped you understand how to help that person?  71

**James Rowland**

```
 1        A.    Uh-huh.

 2        Q.    That was a "yes"?

 3        A.    Uh-huh.

 4        Q.    "Yes"?

 5        A.    Yes.

 6              MR. TAYLOR:   Object to the form.

 7   BY MR. SHAFFER:

 8        Q.    And that's how -- that training in

 9   Billings and this book here, this Exhibit 2, that

10   informed you on how to work as an elder and how to

11   communicate with the other members of the

12   congregation and help them; is that right?

13        A.    Yes.

14        Q.    And would you reference back to this book,

15   this Exhibit No. 2, while you were working as an

16   elder?  Would you look at it from time to time?

17        A.    Yeah, any of the publications, you know,

18   to -- something specific that you don't know

19   exactly how to handle, you go in here and under

20   that title or that subject area, and it was very

21   helpful.

22        Q.    Okay.  So just going back to kind of your

23   evolution -- I'm going to call it your evolution as

24   a member of the church, in 1969, you're baptized,

25   you're a book study conductor.
```

                                                                72