Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE, <br><br> Plaintiff, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants. | Cause No. CV 20-59-BLG-SPW <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |

Plaintiffs, by and through their undersigned counsel, and with the agreement of counsel for defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania, hereby moves the Court for entry of the Stipulated Confidentiality Agreement and Protective Order

attached as **Exhibit 1**. A Proposed Order is filed herewith and emailed to the Court pursuant to L.R. 7.19(c)(3).

DATED this 26th day of January, 2022.

                               By: /s/ Ryan Shaffer
                                      Ryan R. Shaffer
                                      MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Unopposed Motion for Entry of Proposed Stipulated
Confidentiality Agreement and Protective Order
*Rowland & Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 3

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Unopposed Motion for Entry of Proposed Stipulated
Confidentiality Agreement and Protective Order
*Rowland & Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 3