IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV 20-59-BLG-SPW<br><br>**ORDER** |

Upon the Plaintiffs' Unopposed Motion for Entry of Confidentiality Agreement and Stipulated Protective Order (Doc. 99), and for good cause being shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion is **GRANTED**. The Stipulated Confidentiality Agreement and Protective Order (Doc. 99-1) is hereby adopted.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 27th day of January, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge