## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants. | Cause No. CV-20-59-BLG-SPW <br><br> **ORDER** |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's Unopposed Motion to Vacate and Reset Hearing (Doc. 101) on Plaintiffs' Motion for Sanctions, and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Watch Tower Bible and Tract Society of Pennsylvania's Motion (Doc. 101) is **GRANTED**.

**IT IS FURTHER ORDERED** that oral argument set for Friday, February 11, 2022 at 9:30 a.m. is **VACATED** and **RESET** for **Friday, March 25, 2022 at 9:30 a.m. MST** in the Snowy Mountains Courtroom of the James F. Battin U.S.

- 1 -

Courthouse, Billings, Montana. This Hearing shall be held jointly with the hearing in Case No. CV-20-00052-BLG-SPW.

The Clerk of Court is directed to notify counsel of the entry of this Order.

DATED this 2nd day of February, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge