Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND and JAMIE SCHULZE,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Case No. CV-20-00059-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S UNOPPOSED MOTION TO RESET HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS** |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") respectfully requests that the hearing set for 9:00 a.m. on Friday, March 25, 2022, on Plaintiffs' Motion for Sanctions be vacated and reset. Unfortunately, WTPA's

counsel, Gerry Fagan, tested positive for covid as of today's date and must quarantine.  Co-counsel Christopher Sweeney is unavailable because he is on a pre-set vacation out of the country with his family.  Counsel apologizes for the inconvenience to the Court and to the parties.

Counsel  is authorized to state that neither Plaintiffs nor WTNY object to this motion.  A proposed order is attached hereto.

**DATED** this 21st day of March, 2022.

MOULTON BELLINGHAM PC

By   */s/ Gerry P. Fagan*
    GERRY P. FAGAN
    CHRISTOPHER T. SWEENEY
    JORDAN W. FITZGERALD
    P.O. Box 2559
    Billings, Montana 59103-2559

    *Attorneys for Watch Tower Bible and*
    *Tract Society of Pennsylvania*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 21st day of March, 2022, a copy of the foregoing was served on the following persons:

1.     U.S. District Court, Billings Division

2.     Robert L. Stepans
       Ryan R. Shaffer
       James C. Murnion
       MEYER, SHAFFER & STEPANS, PLLP
       430 Ryman Street
       Missoula, MT 59802
       *Attorneys for Plaintiffs*

3.     Guy W. Rogers                    Joel M. Taylor, Esq. (*pro hac vice*)
       Jon A. Wilson                    MILLER MCNAMARA & TAYLOR LLP
       Brett C. Jensen                  100 South Bedford Road, Suite 340
       BROWN LAW FIRM, P.C.             Mount Kisco, NY 10549
       315 North 24th Street
       P.O. Drawer 849
       Billings, MT 59103-0849
       *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

By the following means:

  1, 2, 3   CM/ECF              Fax
          Hand Delivery          E-Mail
          U.S. Mail          Overnight Delivery Services

By   */s/ Gerry P. Fagan*
      GERRY P. FAGAN

MOULTON BELLINGHAM PC
ATTORNEYS AT LAW