IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND and JAMIE SCHULZE,<br><br>                           Plaintiffs,<br><br>  -vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>                         Defendants. | Case No. CV-20-00059-SPW-TJC<br><br>**ORDER RESETTING HEARING** |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's Unopposed Motion to Reset Hearing on Plaintiffs' Motion for Sanctions [Doc. ___], and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Watch Tower Bible and Tract Society of Pennsylvania's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that oral argument set for Friday, March 25, 2022, at 9:30 am is **VACATED** and **RESET** for the ___ day of _____, at _____ o'clock __M. in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.  This Hearing shall be held jointly with the hearing in Case No. CV-20-00052-BLG-SWP.

The Clerk of Court is directed to notify counsel of the entry of this Order.

DATED this _____ day of _____, 2022.

_____
SUSAN P. WATTERS
United States District Judge