Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br>　　　　Defendants. | Cause No. CV 20-59-BLG-SPW <br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR JAMES C. MURNION TO APPEAR REMOTELY AT ORAL ARGUMENTS** |

Plaintiffs, by and through their undersigned counsel, hereby respectfully move this Court for an order allowing James C. Murnion to appear remotely at the hearing on Plaintiffs' Motion for Sanction (ECF Doc. 90) set for Tuesday, April 5, 2022 at 9:30 a.m. MST (ECF Doc. 104).  Mr. Murnion will not be presenting any

argument, which will be handled by Plaintiffs' other counsel physically present at the hearing.

Counsel for Defendants have been contacted regarding this Motion and do not oppose. Consistent with Local Rule 7.1(c)(3), a proposed order is attached hereto.

DATED 31st day of March, 2022.

                    MEYER, SHAFFER & STEPANS PLLP

                    By: /s/ Ryan Shaffer
                          Ryan R. Shaffer
                          MEYER, SHAFFER & STEPANS PLLP

                    *Attorneys for Plaintiffs*

Plaintiffs' Unopposed Motion for James C. Murnion to Appear Remotely at Oral Arguments
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **2** of 3

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

>By: /s/ Ryan Shaffer
>Ryan R. Shaffer
>MEYER, SHAFFER & STEPANS PLLP
>
>*Attorneys for Plaintiffs*

Plaintiffs' Unopposed Motion for James C. Murnion to Appear Remotely at Oral Arguments
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **3** of **3**