# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>　　　　　Defendants. | Cause No. CV 20-59-BLG-SPW<br><br>**[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for James C. Murnion to Appear Remotely at Oral Arguments. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED: Plaintiffs' Motion is GRANTED.

Counsel may appear telephonically by following these steps:

1) Dial (number)
2) Enter Access Code: (number)
3) Press #
4) Speak your name at the tone
   The Clerk is directed to notify counsel of the entry of this Order.

DATED this _____ day of _____, 2022.

_____
Susan P. Watters
United States District Court Judge