IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE<br><br>Plaintiff,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-59-BLG-SPW<br><br>**ORDER** |

Upon the Plaintiffs' Unopposed Motion for James C. Murnion to Appear Remotely at Oral Arguments (Doc. 107), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion is **GRANTED**. James C. Murnion may appear via ZOOM at the hearing set for Tuesday, April 5, 2022 at 9:30 a.m.

Judge Watters' Chambers will e-mail Mr. Murnion on Friday, April 1, 2022 with the ZOOM conferencing information.

The Clerk is directed to notify counsel of the entry of this Order.

DATED this 31st day of March, 2022.

SUSAN P. WATTERS
United States District Court Judge

1