*Exhibit A*

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE<br><br>Plaintiff,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-59-BLG-SPW<br><br>**AFFIDAVIT OF MATTHEW L. MERRILL IN SUPPORT OF *PRO HAC VICE* APPLICATION** |

I, Matthew L. Merrill, declare and states as follows:

1. My personal residence is in the state of Colorado. I am the managing member and sole practitioner at Merrill Law, LLC (a Colorado limited liability company), whose business address is 1863 Wazee Street, #3A, Denver, Colorado

80202. The telephone number is (303) 947-4453 and my email address is matthew@merrillwaterlaw.com.

2. In accordance with this Court's Local Rules, payment of this Court's $262.00 pro hac vice admission fee has been submitted to the Court with this Motion.

3. I have completed the District of Montana's online training for electronic filing.

4. I am a member in good standing of the State Bar of Colorado and have been in good standing since my admission in October 2006. My Colorado State Bar number is 37918.

5. I am a member in good standing and eligible to practice in the Colorado Courts, including the Colorado Supreme Court.

6. I am not currently suspended or disbarred in any Court.

7. I have never been held in contempt, otherwise disciplined by any Court for disobedience to its rules or order, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), or (f).

8. I have not petitioned the Court for *Pro Hac Vice* admission within the last two years.

9. I understand that *Pro Hac Vice* admission in this Court is personal to me only and is not admission to a law firm and that I will be held fully accountable for the conduct of litigation in this Court.

10. I have complied with Montana Rule of Professional Conduct 8.5 and file contemporaneously with this Affidavit my Certification that I agree I will be bound by the Rules of Professional Conduct in my practice of law in the State of Montana and that I will be subject to the disciplinary authority of the State of Montana. I have also mailed a copy of the Certificate to the State Bar of Montana.

11. I will be representing Plaintiffs Ariane Rowland and Jamie Schulze in this litigation as co-counsel of the law firm Meyer Shaffer and Stepans, PLLP, 430 Ryman Street, Missoula, Montana 59802, telephone (406) 543-6929, with whom opposing counsel may readily communicate and upon whom papers shall be served, and who will be responsible to participate as required under Local Rule 83.1(d)(2).

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of March, 2022.

By: _____
Matthew L. Merrill

State of Colorado

County of Arapahoe

This instrument was signed and sworn to before me on ~~December~~ March 30, 2022 by

Matthew L. Merrill.

_Joy E. Barnett_
(Notary Signature)

Joy E. Barnett
Print Name of Notary Public
Notary Public for the State of Colorado
Residing at: 333 W. Hampden Ave, #1050   80110
My Commission Expires: 4-16-25

JOY E BARNETT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014008267
MY COMMISSION EXPIRES 04/16/2025

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE,<br><br>Plaintiff,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-59-BLG-SPW<br><br>**CERTIFICATION UNDER MONTANA RULE OF PROFESSIONAL CONDUCT 8.5 OF MATTHEW L. MERRILL** |

I, Matthew L. Merrill, declare and states as follows:

1. Pursuant to Montana Rule of Professional Conduct 8.5, I hereby certify, under oath to this Court that, except as to Rules 6.1 through 6.4, I will be

bound by these Rules of Professional Conduct in my practice of law in this State and will be subject to the disciplinary authority of this State.

2. I also hereby certify that I mailed a copy of this Certification to the State Bar of Montana as indicated in the Certificate of Mailing.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of March, 2022.

By: _____
Matthew L. Merrill

State of Colorado

County of Arapahoe

This instrument was signed and sworn to before me on March 30, 2022 by Matthew L. Merrill.

_____
(Notary Signature)

Joy E. Barnett
Print Name of Notary Public
Notary Public for the State of Colorado
Residing at: 333 W. Hampden Ave, #1050, 8010
My Commission Expires: 4-16-25

JOY E BARNETT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014008267
MY COMMISSION EXPIRES 04/16/2025

Certification Under Montana Rule of Professional Conduct 8.5 of Matthew L. Merrill
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et al*
Page 2 of 3

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system. In addition, I hereby certify that on April 26th, 2022, a copy of the foregoing document was served on the State Bar of Montana at the address listed below.

>State Bar of Montana
>P.O Box 577
>Helena, MT  59624

>>By: /s/ Ryan Shaffer
>>Ryan R. Shaffer
>>MEYER, SHAFFER & STEPANS PLLP

>>*Attorneys for Plaintiffs*

Certification Under Montana Rule of Professional Conduct 8.5 of Matthew L. Merrill
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **3** of **3**