IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV 20-59-BLG-SPW<br><br>ORDER |

  Plaintiffs Ariane Rowland and Jamie Schulze move for the admission of Matthew L. Merrill to practice before the Court in the above captioned matter with Meyer, Shaffer & Stepans, PLLP of Missoula, Montana designated as local counsel. The motion complies with Local Rule 83.1(d), and defendants did not oppose the motion.

  IT IS HEREBY ORDERED that Plaintiffs' Motion to Admit Matthew L. Merrill to appear *pro hac vice* (Doc. 114) is **GRANTED** and he is admitted to

1

appear as counsel with Meyer, Shaffer & Stepans, PLLP pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 26th day of April, 2022.

SUSAN P. WATTERS
United States District Judge