IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND and JAMIE SCHULZE,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Case No. CV-20-00059-SPW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") and Philip Brumley's Unopposed Motion for Extension of Time to File Response to Plaintiffs' Financial Affidavit (Doc 124), and for good cause appearing,

**IT IS HEREBY ORDERED** that WTPA and Philip Brumley have up to and including **Tuesday, October 18, 2022** to file a response to Plaintiffs' financial affidavit (Doc. 123).

DATED this 26th day of September, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge