IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND and JAMIE SCHULZE,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV 20-59-BLG-SPW<br><br>ORDER |

RE: Documents 27-34, 36-38 produced to the Court pursuant to the Court's order in Doc. 186

The Court has reviewed the above-referenced records *in camera*. For the reasons stated in the Court's Order in Doc. 197, the Court finds that Documents 27, 28, 29, 32, 37, and 38 are not privileged and must be produced with redactions. Documents 30, 31, 33, 34, and 36 are privileged and must be withheld.

IT IS HEREBY ORDERED, Plaintiffs Ariane Rowland and Jamie Schulze's access to Documents 27, 28, 29, 32, 37, and 38, with the redactions noted by the Court in Doc. 251, is GRANTED. IT IS FURTHER ORDERED that Plaintiffs' access to Documents 30, 31, 33, 34, and 36 is DENIED.

1

IT IS FURTHER ORDERED that all the documents shall be filed under seal to be accessed only by this Court or an Appellate Court.

DATED this 19th day of July, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge