IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV 20-59-BLG-SPW<br><br>**ORDER** |

Upon the Plaintiffs' Unopposed Motion for Leave to File Documents Under Seal (Doc. 228), and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion (Doc. 228) to file "Exhibit B" and "Exhibit C" to Plaintiffs' Reply Brief in Support of Their Motion for Sanctions re: WTNY's Non-Compliance with Court Order (Doc. 220) is **GRANTED.**

The clerk is directed to notify counsel of the entry of this Order.

DATED this 4th day of December, 2023.

SUSAN P. WATTERS
United States District Judge

1