IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE,<br><br>Plaintiffs,<br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV-20-59-BLG-SPW<br><br>**ORDER** |

Before the Court is Defendant Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion for Modified Briefing Schedule. (Doc. 257). WTNY moves for a modified briefing schedule as to its disclosed damages expert and Rule 35 examiner Dr. Michael Bütz. The proposed schedule would allow Plaintiffs to file any motions challenging Dr. Bütz's testimony no later than August 2, 2024, and Defendants to file any responses no later seven days after, on August 9, 2024. (*Id.* at 3). Reply briefs would not be allowed. (*Id.*).

The Court denies the motion as to the proposed briefing schedule since it would not give the Court enough time to review the briefing and determine the proper resolution before the August 12, 2024, trial in the companion case, *Caekaert*

1

*v. Watchtower Bible and Tract Society of New York, Inc.*, CV 20-52-BLG. As such, the Court will require any responses to be filed no later than August 5, 2024. The parties shall agree on an appropriate deadline for Plaintiffs' motion, and no reply briefs shall be allowed.

IT IS SO ORDERED that Defendant Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion for Modified Briefing Schedule (Doc. 257) is GRANTED as to the extension and DENIED as to the proposed briefing schedule.

DATED this 29th day of February, 2024.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge